IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR416-155
)
JAHQUES ROGERS, )
)
Defendant. )
)

**O R D E R**

Defendant Jahques Rogers pled guilty in this case to one count of possession of a firearm by a convicted felon. (Doc. 27.) On August 31, 2016, the Court sentenced defendant to 120 months of imprisonment. (Doc. 29.) After imposing this sentence, the Court advised Defendant that he had a right to appeal and that he must file a notice of appeal within fourteen days. In addition, the Court directed Defendant and his counsel, Mr. W. Thomas Hudson, to confer concerning Defendant's desire to appeal, and to complete and file a Notice of Post-Conviction Consultation.

Defendant and Mr. Hudson consulted and filed the required notice, in which Defendant indicated that he decided not to file an appeal. Both Defendant and Mr. Hudson signed the notice. However, the Court subsequently received a letter from Defendant expressing his desire to file an appeal. (Doc. 30.) The letter is postmarked September 7, 2016, which is well within the 14-day

deadline in which to file an appeal. Accordingly, the Clerk of Court is **DIRECTED** to prepare and file a Notice of Appeal on Defendant's behalf with an effective date of September 7, 2016. In addition, the Clerk of Court is **DIRECTED** to forward copies of Defendant's letter and this order to Mr. Hudson.

SO ORDERED this 16th day of September 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA